**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAF-T-GARD INTERNATIONAL, INC. )<br>and HOLGER FIALLO, )<br>)<br>Defendants. ) | Case No.: 1:22-cv-03487<br>Honorable Steven C. Seeger |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, CRUM & FORSTER SPECIALTY INSURANCE COMPANY, by and through its attorneys, pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby move to voluntarily dismiss, without prejudice, their Complaint filed against Defendants, SAF-T-GARD INTERNATIONAL, INC. and HOLGER FIALLO in the above-captioned action, with each party to bear their own fees and costs.

Dated: August 2, 2022

                                                                               Respectfully Submitted,

                                                                               CRUM & FORSTER SPECIALTY
                                                                               INSRUANCE COMPANY

                                        By:     */s/ James J. Hickey*

                                                                               James J. Hickey (Illinois Bar No. 6198334)
                                                                               James.Hickey@Kennedyslaw.com
                                                                               KENNEDYS CMK
                                                                               100 North Riverside Plaza
                                                                               Suite 2100
                                                                               Chicago, Illinois 60606
                                                                               Phone: (312) 800-5000
                                                                               Fax: (312) 207-2110