# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Crum & Forster Specialty Insurance Company

                        Plaintiff,

v.                                            Case No.: 1:22−cv−03487
                                            Honorable Steven C. Seeger

Saf−T−Gard International, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 8, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the Notice of Voluntary Dismissal Without Prejudice (Dckt. No. [3]). The notice is self−executing under Rule 41(a)(1)(A)(i). Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.